THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, v. TORY R. TAYLOR, Defendant-Appellant.

Second District    No. 2—94—1201

Opinion filed March 27, 1997.

Pursuant to order dated June 11, 1998, the opinion filed by this court on March 27, 1997, is hereby vacated.